UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:01CR48(SRU) |
| CURTIS WILLIAMS | : | July 26, 2005 |

MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE

Pursuant to 18 U.S.C. §3583(e)(1) and Rule 32.1(c) of the Federal Rules of Criminal Procedure, the defendant, Curtis Williams, hereby moves to modify the conditions of supervised release by reducing the term of supervision from three years to time served.

In support of this motion, the defendant states the following grounds:

1. By indictment returned February 20, 2001, Mr. Williams was charged with conspiracy to possess with intent to distribute cocaine and with two counts of possession of cocaine with intent to distribute.

2. Mr. Williams pled guilty to Count Two, which charged possession with intent to sell, and this Court sentenced him on September 6, 2001 to 36 months imprisonment to be followed by 36 months supervised release.

3. Mr. Williams began serving the sentence of supervised release on May 8, 2003 and is due to complete that aspect of his sentence on May 7, 2006. Mr. Williams has been in compliance with the conditions of supervised release except for one occasion when he tested positive for use of cocaine. He was then required to submit to more frequent testing for drug use and he has not again tested positive. When he returned to the community from prison, he went to work for his previous employer, Greenwich Honda, as a salesman. He remained with that business until May, 2005, when he left for a better opportunity with Infiniti of Greenwich, where he is employed as a salesman.

WHEREFORE, Curtis Williams requests that supervised release be terminated.

- 2 -

Respectfully submitted,

THE DEFENDANT,
CURTIS WILLIAMS

THOMAS G. DENNIS
FEDERAL PUBLIC DEFENDER

Dated: July 26, 2005

_____
Paul F. Thomas
Asst. Federal Public Defender
2 Whitney Ave., Suite 300
New Haven, CT 06510
Bar No. ct05450
(203) 498-4200

CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE has been mailed to Alex V. Hernandez, Assistant United States Attorney, AND Keith Barry, United States Probation Officer, United States Courthouse, 915 Lafayette Boulevard, Bridgeport, CT 06604, on this 26th day of July, 2005.

_____
Paul F. Thomas